# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRITTANY PHILLIPS, AMBER NORENO-MIDDLEBROOKS, and all other similarly-situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> TELENETWORK PARTNERS, LTD., d/b/a TELENETWORK, <br><br> Defendant. | ) ) ) ) Civ. No. 1:17-cv-00313-RWS ) ) ) ) ) ) ) ) ) |

## PROPOSED ORDER APPROVING SETTLEMENT AND DISMISSING THE ACTION WITH PREJUDICE

This action came before the Court on the Parties' Joint Motion for an Order Approving Settlement and Dismissing the Action with Prejudice. (Doc. 75.)

Therein, the parties properly sought Final Approval of the terms of their Settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted).

Having reviewed the Joint Motion, the record, and the details of the Settlement, the Court concludes that the terms of the Settlement (1) are fair to the

Plaintiffs and Opt-In Plaintiffs; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the Parties that the Plaintiffs' and Opt-In Plaintiffs' claims be fully and finally resolved.

Furthermore, the Settlement (1) was reached in an adversarial context as the result of arms-length negotiations between the Parties; (2) arrived at a fair disposition of the claims; and (3) arrived at a fair, full, and final settlement of all attorneys' fees, costs, and expenses associated with Plaintiffs' Counsel's representation of Plaintiffs and Opt-In Plaintiffs in this lawsuit. *See generally, Lynn's Food Stores*, 679 F.2d at 1353.

Accordingly, the Motion is GRANTED and the Settlement is hereby APPROVED by the court as a final, fair, adequate, and reasonable resolution of this Action.

IT IS FURTHER ORDERED that this matter be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 18th day of Dec., 2017.

_____
JUDGE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE