UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRITTANY PHILLIPS, <br> AMBER NORENO-MIDDLEBROOKS, and <br> all other similarly-situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> TELENETWORK PARTNERS, <br> LTD., d/b/a TELENETWORK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civ. No. 1:17-cv-00313-RWS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER APPROVING CORRECTED SETTLEMENT AGREEMENT

On December 19, 2017, the Court approved the Parties' Joint Motion for an Order Approving Settlement and Dismissing the Action with Prejudice pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). (Dkt. No. 76.) Thereafter, the Parties were notified that the settlement agreement mistakenly included an individual who shared the same name as an opt-in plaintiff, but who had not himself opted-in to the lawsuit. The individual who was mistakenly identified as having opted-in to the lawsuit requested that the Parties revise the settlement agreement to remove his Employee ID and Dates of Employment. On March 21, 2018, the Parties therefore submitted their Joint Motion to File Corrected Settlement Agreement. (Dkt. No. 77.)

Having reviewed the Joint Motion to File Corrected Settlement Agreement, as well as the corrected Settlement Agreement, the Court concludes that the terms of the corrected Settlement Agreement shall govern the Parties' settlement of this lawsuit and supersede the settlement agreement previously approved by the Court.

Accordingly, the Motion is GRANTED and the corrected Settlement Agreement is hereby APPROVED by the court as a final, fair, adequate, and reasonable resolution of this Action.

**IT IS SO ORDERED** this 5th day of April, 2018.

_____
JUDGE RICHARD W. STORY
**UNITED STATES DISTRICT JUDGE**

FPDOCS 33509922.1